IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ANTONIO KENTRELL HALL**                                       **PETITIONER**

**V.**                                                                                 **CAUSE NO. 3:24-CV-00295-MPM-RP**

**STATE OF MISSISSIPPI, et al.**                                      **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Respondents' motion to dismiss [9] is **GRANTED**, and the instant petition is **DISMISSED WITH PREJUDICE**. A certificate of appealability is **DENIED**.

**SO ORDERED** this, the 10th day of February, 2025.

                                                       /s/Michael P. Mills
                                                       UNITED STATES DISTRICT JUDGE
                                                       NORTHERN DISTRICT OF MISSISSIPPI